## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR315** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **RODNEY JOHNSON,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for an extension of time in which to file a statement of objections to the Magistrate Judge's Report and Recommendation (Filing No. 46).

IT IS ORDERED:

1. The Defendant's motion for an extension of time in which to file a statement of objections to the Magistrate Judge's Report and Recommendation (Filing No. 46) is granted; and

2. The Statement of Objections shall be filed on or before March 12, 2008.

DATED this 5th day of March, 2008.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge